IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **03-K-1083 (GJR)**

**SCOTT FISHBEIN**, **by and through his mother and next friend, SHELLEY FISHBEIN,
AARON HUGHES, by and through his mother and next friend, CLIFF HUGHES,
SHELLEY FISHBEIN, and
MARK FISHBEIN,**

Plaintiffs,

v.

**CITY OF GLENWOOD SPRINGS, COLORADO,
GLENWOOD SPRINGS POLICE CHIEF TERRY WILSON, in his individual and
official capacity,
GLENWOOD SPRINGS POLICE LIEUTENANT BILL KIMMINAU, in his individual
and official capacity,
GLENWOOD SPRINGS POLICE OFFICER CHRISTOPHER DANIELSON, in his
individual and official capacity,
GLENWOOD SPRINGS POLICE OFFICER NEIL WAGSTROM, in his individual
and official capacity,
GLENWOOD SPRINGS POLICE OFFICER AARON MUNCH, in his individual and
official capacity,**

Defendants.

---

**ORDER FOR ENTRY OF SUMMARY JUDGMENT
PURSUANT TO MANDATE OF TENTH CIRCUIT COURT OF APPEALS**

---

**Kane, J.**

Pursuant to the Mandate of the United States Court of Appeals for the Tenth

Circuit, issued December 14, 2006, and for the reasons set forth in the Court's Order and

Judgment dated November 22, 2006, IT IS ORDERED that SUMMARY JUDGMENT

enter in favor of Defendants and against Plaintiffs on Plaintiffs' remaining claim(s) for

relief in this case.  This case is concluded.

Dated at Denver, Colorado this 15th day of December, 2003.

BY THE COURT:

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE