IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **03-cv-1083-JLK - GJR**

**SCOTT FISHBEIN, by and through his mother and next friend, SHELLEY FISHBEIN,**
**AARON HUGHES, by and through his mother and next friend, CLIFF HUGHES,**
**SHELLEY FISHBEIN, and**
**MARK FISHBEIN,**

    Plaintiffs,

v.

**CITY OF GLENWOOD SPRINGS, COLORADO,**
**GLENWOOD SPRINGS POLICE CHIEF TERRY WILSON, in his individual and official capacity,**
**GLENWOOD SPRINGS POLICE LIEUTENANT BILL KIMMINAU, in his individual and official capacity,**
**GLENWOOD SPRINGS POLICE OFFICER CHRISTOPHER DANIELSON, in his individual and official capacity,**
**GLENWOOD SPRINGS POLICE OFFICER NEIL WAGSTROM, in his individual and official capacity,**
**GLENWOOD SPRINGS POLICE OFFICER AARON MUNCH, in his individual and official capacity,**

    Defendants.

---

### ORDER FOR ENTRY OF JUDGMENT

**Kane, J.**

This matter is before me on Defendants' unopposed Motion for Entry of Judgment (Doc. 70), filed January 11, 2007. Upon review of the Motion and the Court's May 25, 2004 Order, I hereby GRANT Defendants' Motion and ORDER that JUDGMENT be entered for Defendants and against Plaintiffs in the amount of $924.00, representing the discovery sanctions the Court directed Plaintiffs to pay Defendants in the May 25, 2004

Order.  Because Judgment for Defendants and against Plaintiffs on Plaintiffs' remaining claims for relief was previously entered on December 28, 2006, the Judgment for the discovery sanctions still due to Defendants shall be entered on a separate document pursuant to Rule 58(d).

Dated this 17th day of January, 2007.

BY THE COURT:

s/John L. Kane
John L. Kane, Senior Judge
United States District Court